Florence E. Harrison et al., Respondents, *v.* Senator-Ridge Corp., Appellant.

Submitted April 7, 1943; decided May 27, 1943.

*Louis Helfenstein* and *Joseph S. Robinson* for appellant.
*A. Michael Katz* and *Irving Stoopack* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.